391 A.2d 702

Commonwealth v. Tinson, Appellant.

■■■■■■■ Submitted December 31, 1977. Gary F. DiVito, for appellant; Donna Loeb, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.